UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TURNER, | No. 2:14-cv-2744 KJM AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| VALLEJO POLICE DEPT., et al., | |
| Defendants. | |

By order filed April 6, 2015, this court directed plaintiff to complete and return, within twenty-one days, the USM-285 forms and other information necessary to effect service of process on defendants. See ECF No. 7. That order duplicated this court's December 23, 2014 order, which had accorded plaintiff thirty days to submit the required information. See ECF No. 7. In the court's recent order, plaintiff was informed that "Failure to timely respond to this order will result in a recommendation that this action be dismissed without prejudice." ECF No. 7 at 2. The extended time for complying with the court's order has expired; however, plaintiff has not submitted the required documents or otherwise communicated with the court.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

1 after being served with these findings and recommendations, plaintiff may file written objections
2 with the court.  The document should be captioned "Objections to Findings and
3 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
4 may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
5 Cir. 1991).

DATED: May 6, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2